UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GAZELLA,

    Plaintiff,

v.                                            Case. No. 13-11099
                                            Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on February 12, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

Plaintiff filed this action seeking supplemental security income under the Social Security Act. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 16], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt 15] be granted and Plaintiff's Motion for Summary Judgment [dkt 13] be denied. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2)

The Court has thoroughly reviewed the court file, the parties' motions, and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [dkt 15] is GRANTED and Plaintiff's Motion for Summary Judgment [dkt 13] is DENIED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>Hon. Lawrence P. Zatkoff<br>U.S. District Judge

Date: February 12, 2014